RAKOFF, J

JUDGE RAKOFF

# 09 CV 10111

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In Re the Matter of the Application of          09 Civ.

ARMADA (SINGAPORE) PTE LTD.
Judgment Debtor

                          Petitioner,          **ORDER TO SHOW CAUSE**

                - against -

LYONS & FLOOD LLP, JP MORGAN CHASE,
NA, Garnishees

                          Respondents.

----------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/09

UPON the petition of ARMADA (SINGAPORE) PTE LTD., ("Armada"), the exhibits attached thereto and the Memorandum of Law submitted herewith, it is hereby

ORDERED that respondents LYONS & FLOOD LLP and JP MORGAN CHASE NA show cause before this Court and before the Hon. Jed Rakoff, United States District Judge, at the United States Court House for the Southern District of New York, 500 Pearl Street, New York, New York 10001, on December 15, 2009, at 3 PM or as soon thereafter as counsel can be heard why an Order should not be entered: (1) pursuant to FRCP Rule 69(a) and NY CPLR §§ 5225 and/or 5227 directing Lyons & Flood LLP and JP Morgan Chase, N.A. to turn over to Armada funds of judgment debtor Glory Wealth Shipping Service Ltd. in the amount of $1,140,926.17 and any other property of judgment debtor up to the amount of the judgment entered against judgment debtor in *Armada (Singapore) Pte Ltd. v. Glory Wealth Shipping Service Ltd.*, 09 Civ. 4415 (LAP) and (2) pursuant to FRCP 69(a) and NYCPLR §§5232, 2004

{NY100669.1}                                           1

and 5240 extending the lien of a writ of execution served by the United States Marshal upon the judgment debtor, and respondents until resolution of this proceeding and any payment to Armada as ordered by the Court; and it is further

ORDERED that service of a copy of this Order and the papers in support thereof be made upon judgment debtor by personally serving CT Services Corporation, judgment debtor's agent for service of process and garnishee JP Morgan Chase NA and upon garnishee, Lyons & Flood LLP, not later than December 11, 2009 at 5 PM; and it is further

ORDERED that pending the hearing and decision on this petition, the lien of the writ of execution served by the United States Marshal on judgment debtor and on respondents is hereby extended.

Dated: New York, N.Y.
December 10, 2009

Barbara S.
United States District Judge

{NY100669.1}

2